LILLIAN TARROCK, as Executrix of ERNEST TARROCK, Deceased, Respondent, v. CITY OF KINGSTON, Appellant.—

694

Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ.